1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   ARMAND MOORE,                    Case No.  2:19-cv-02164-GJS
12                Petitioner
13        v.                          **JUDGMENT**
14   FELIPE MARTINEZ, JR., Warden,
15                Respondent.
16
17
18     Pursuant to the Court's Order Denying And Dismissing Petition Without
19   Prejudice,
20
21     IT IS ADJUDGED THAT the above-captioned action is dismissed without
22   prejudice.
23
24   DATE: June 5, 2019
25                                     _____
                                       GAIL J. STANDISH
26                                     UNITED STATES MAGISTRATE JUDGE
27
28